**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**GARY T.,**

　　　　　　**Plaintiff,**

　　　　　　　　　　　　　　　　**Case No. 2:25-cv-475**
　　　　**v.**　　　　　　　　　　　**Judge Edmund A. Sargus, Jr.**
　　　　　　　　　　　　　　　　**Magistrate Judge Elizabeth P. Deavers**

**COMMISSIONER OF SOCIAL**
**SECURITY,**

　　　　　　**Defendant.**

**ORDER**

This matter is before the Court on the Parties' Joint Motion to Remand to Social Security Administration. (ECF No. 8.) The Parties seek to remand this case to the Commissioner of Social Security for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). (*Id.*) Per the Parties' Joint Motion, the Commissioner's decision is **REVERSED**, and the matter is **REMANDED** to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration and administrative proceedings.

The Joint Motion to Remand (ECF No. 8) is **GRANTED**. The Clerk is **DIRECTED** to enter judgment in favor of Plaintiff and close this case.

**IT IS SO ORDERED.**

**10/14/2025**　　　　　　　　　　**s/Edmund A. Sargus, Jr.**
**DATE**　　　　　　　　　　　　**EDMUND A. SARGUS, JR.**
　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**