IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Gary T., <br><br> Plaintiff, <br><br> v. <br><br> Commissioner of Social Security, <br><br> Defendant. | CIVIL ACTION NO. 2:25-CV-00475 <br> Judge Edmund A. Sargus, Jr. <br> Magistrate Judge Elizabeth P. Deavers |

## ORDER

This cause coming before the Court on the Parties' Joint Motion for Attorney Fees (ECF No. 11), due notice having been given, and the Court being fully advised,

IT IS THEREFORE ORDERED THAT:

1. The Parties' Joint Stipulation for an Award of Attorney's Fees under the Equal Access to Justice Act (EAJA) is accepted and Plaintiff is awarded attorney fees in the amount of $4,300.00;

2. Counsel for the parties shall verify whether or not Plaintiff owes any preexisting debt subject to offset, consistent with *Astrue v. Ratliff,* 130 S. Ct. 2521, 560 U.S. 586 (2010) and 31 U.S.C. §§ 3701(b), 3711, 3716.  If no such pre-existing debt exists, Defendant shall pay the EAJA fees award directly to Plaintiff's counsel pursuant to the EAJA assignment signed by Plaintiff; and

3. The case remains terminated on the docket of this Court.

The Parties' Joint Motion for Attorney Fees (ECF No. 11) is **GRANTED**.

IT IS SO ORDERED.

1/5/2026
**DATE**

s/Edmund A. Sargus, Jr.
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**